In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-064 CV


____________________



IN RE DONALD MOODY, SR.






Original Proceeding






 MEMORANDUM OPINION


 The petition for writ of mandamus filed by Donald Moody, Sr., neither identifies an
abuse of discretion by a judge of a district or county court of this district nor describes an
action necessary to enforce our jurisdiction in a pending case. See Tex. Gov't Code Ann.
§22.221 (Vernon 2004). 

 The petition for writ of mandamus, filed January 29, 2007, is denied.

 WRIT DENIED.

 PER CURIAM


Opinion Delivered February 15, 2007

Before McKeithen, C.J., Kreger and Horton, JJ.